IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRUCE FLOYD,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2830

Opinion filed July 9, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Bruce Floyd, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.